UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

IBRAHIMA BA, SALIOU BA and NAFAYA
FOOD SERVICE CORP.,

                      Plaintiffs,                 **DECLARATION OF**
                                                       **PLAINTIFF**

                -against-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE,

                      Defendants.

-----------------------------------------------------------------x

I, IBRAHIMA BA, am a Plaintiff in the above-captioned action, and am a shareholder, director and officer of NAFAYA FOOD SERVICE CORP., a corporation organized and existing under the laws of the State of New York.

1.     I have personal knowledge of all facts and information in the administrative agency proceeding to disqualify the Plaintiffs from participation in the Supplemental Nutrition Assistance Program (SNAP) for a six (6) months disqualification pursuant to a Final Decision by Defendants, dated and delivered on April 29, 2024, and all events leading to the institution of this action.

2.     That pursuant to 7 U.S.C. § 2023 and 7 CFR §279.7 a complaint naming the United States as a Defendant must be filed in the U.S. District Court in which the owner resides or is engaged in business by the owner within thirty (30) days of delivery of the Decision to request judicial review of the decision of disqualification from the SNAP, and as such I have directed my attorney, Jess M. Berkowitz, to file a Summons and Complaint and an Order to Show Cause, if necessary, to challenge the six (6) month disqualification and request judicial review of Defendants' determination.

3.    I have now read the Summons and Complaint prepared by my attorney, Jess M. Berkowitz, and reviewed all exhibits and documents in this matter.  I hereby affirm that the content of all documents herein is genuine and accurate.  I further acknowledge that my attorney's documents are true, and I join in the application for the relief requested in said Complaint and in support of any and all Motions filed in this matter.

4.    It is respectfully requested that this Court accept all documents on behalf of the Plaintiffs as if same had been executed by all named Plaintiffs.

DATED:    New York, New York
          May 15th, 2024

_Ibrahima Ba_
IBRAHIMA BA

STATE OF NEW YORK)
COUNTY OF NEW YORK)                    ss.:

On the 15th day of May, 2024, before me, the undersigned, personally appeared Ibrahima Ba, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in his capacity, and that by her signature on the instrument, the individual, or person on behalf of which the individual acted, executed the instrument.

Notary Public

ALBERT SADIA
Notary Public, State of New York
No. 01SA6081885
Qualified in Kings County
Commission Expires October 15, 20__